UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES RANDALL LOTT,

    Plaintiff,

    v.

PAROLE BOARD MEMBERS, et al.,

    Defendants.

Case No. 14-cv-04841-KAW

**ORDER OF TRANSFER**

    Plaintiff James Randall Lott, a state prisoner incarcerated at the Robert J. Donovan Correctional Facility in San Diego ("RJD"), has filed a civil rights action under 42 U.S.C. § 1983 asserting constitutional violations by members of the Board of Parole Hearings ("BPH") for postponing his parole hearing for six months.

    When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. *See* 28 U.S.C. § 1391(b).

    The acts complained of in this complaint occurred either at RJD, which is located in the Southern District of California, or at the BPH office in Sacramento, which is located in the Eastern District of California. Venue, therefore, properly lies in the Southern or Eastern District and not in this one. *See* 28 U.S.C. § 1391(b). It is more likely that the events at issue took place where Plaintiff is incarcerated, in the Southern District of California.

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

1   TRANSFERRED to the United States District Court for the Southern District of California.  The

2   Clerk of the Court shall terminate all motions and transfer the case forthwith.

3   **IT IS SO ORDERED.**

4   Dated: November 26, 2014



KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE